UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS RAMOS, ED RODRIGUEZ, and EDWARD KRALICK, individually and on behalf of all other persons similarly situated who were employed by TELGIAN CORPORATION and any other entities affiliated with, controlling, or controlled by TELGIAN CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>TELGIAN CORPORATION and any other entities affiliated with, controlling, or controlled by TELGIAN CORPORATION,<br><br>Defendant. | Docket No.: 14-cv-03422-PKC-LB<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Plaintiffs' Memorandum of Law in Support of Its Motion for Interlocutory Appeal and Stay of this Action, the undersigned will respectfully move this Court on a date and time to be set by the Court, before the Honorable Pamela K. Chen, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order granting (1) certification of immediate interlocutory appeal of the Court's March 31, 2016 Order, (2) a stay of this action pending the Second Circuit's determination on the appeal, and (3) such other and further relief as the Court deems just and proper.

Dated: New York, New York
       April 14, 2016

                                                VIRGINIA & AMBINDER, LLP

                                                _____/s/_____
                        By:   Lloyd Ambinder, Esq.
                             James Murphy, Esq.
                             Jack L. Newhouse, Esq.
                             40 Broad Street, 7th Floor
                             New York, New York 10004

                                                        Tel: (212) 943-9080
                                                       Fax: (212) 943-9082

                        *Attorneys for Plaintiffs and Putative Collective*

To:    Brian Gergengorn, Esq.
        Aaron Warshaw, Esq.
        OGLETREE, DEAKINS, NASH
        SMOAK, & STEWART, P.C.
        1745 Broadway, 22nd Floor
        New York, New York 10019
        *Attorneys for Defendant*
        *Telgian Corporation*